UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

TANIKA STAMPS, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

FIDELITY CAPITAL HOLDINGS, INC, d/b/a
FIDELITY INFORMATION CORPORATION
and John Does 1-25

        Defendant.

:  **Case No. 3:19-cv-971**

:

: CIVIL ACTION

:

:

:

:

:

:

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      **IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 10, 2020

Respectfully Submitted,

*/s/Raphael Deutsch*
Raphael Deutsch Esq.
**Stein Saks, PLLC**
285 Passaic Street
rdeutsch@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.


This 10th day of September 2020         Respectfully Submitted,

                                        */s/ Raphael Deutsch*
                                        Raphael Deutsch